IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNAZ HARDIN, | : | |
| Petitioner | : | No. 1:21-cv-01933 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| R. THOMPSON, WARDEN OF LSCI-ALLENWOOD, | : : | |
| Respondent | : | |

# ORDER

**AND NOW,** on this 30th day of March 2022, upon consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1) and Respondent's suggestion of mootness (Doc. No. 18), and for the reasons that are set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** as moot; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania